

# NUMBER 13-21-00355-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

THE HLAVINKA EQUIPMENT COMPANY,                    **Appellant,**

**v.**

JASON RIPPSTEIN,                    **Appellee.**

---

## On appeal from the County Court at Law No. 2 of Victoria County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Longoria
Memorandum Opinion by Justice Benavides**

This matter is before the Court on appellant's unopposed motion to dismiss. On December 8, 2021, the trial court signed an order granting appellant's motions for new trial and to extend post-trial deadlines which rendered this appeal moot.

The Court, having considered appellant's motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed

motion to dismiss is granted, and the appeal is hereby dismissed as moot. Costs will be taxed against the appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

GINA M. BENAVIDES
Justice

Delivered and filed on the
13th day of January, 2022.